**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Jaeson Jones, Individually v. Charla Hale

Appellate case number:    01-21-00506-CV

Trial court case number:   25076-A

Trial court:                      25th District Court of Colorado County

On September 17, 2021, appellant, Jaeson Jones, filed two separate notices of appeal from the trial court's November 26, 2019 interlocutory order granting summary judgment in favor of appellee, Charla Hale. The underlying trial court litigation was originally assigned trial court case number 25076. However, after the trial court entered the interlocutory summary judgment order appealed here, the trial court also entered a "2nd Amended Order Granting Severance" on August 6, 2021. In its severance order, the trial court directed the trial court clerk to open a new case "under Cause No. 25076-A."

Appellant filed a notice of appeal under the original trial court case number, 25076, and one under the severed case number, 25076-A, and was assigned appellate case numbers 01-21-00505-CV and 01-21-00506-CV, respectively. In an order dated December 16, 2021, the Court concluded that we had jurisdiction over appellate case number 01-21-00506-CV, corresponding to the severed trial court cause number 25076-A. Appellant subsequently filed a "Motion to Transfer Record," requesting that the Court transfer the clerk's record and reporter's record from appellate case number 01-21-00505-CV to appellate cause number 01-21-00506-CV because "the two cases are related to one another and it is necessary to have the entire clerk's record and reporter's record from trial court case no. 25076 as a part of this appeal."

Appellant's motion does not include a certificate of conference stating whether appellant conferred, or made a reasonable attempt to confer, with appellee regarding the relief requested in the motion, or whether appellee is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed and no party has filed a response to appellant's motion. *See* TEX. R. APP. P. 10.3(a)

Accordingly, we **grant** appellant's motion to transfer the record, and direct the Clerk of this Court to transfer the appellate record from appellate case number 01-21-00505-CV to this appellate case number 01-21-00506-CV.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
☑ Acting individually ☐ Acting for the Court

Date: January 10, 2023